An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTHONY BENEDICT OLMSTEAD,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
 and
THE STATE OF NEVADA,
Real Party in Interest.

No. 63733

**FILED**

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
 DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a proper person petition for a writ of mandamus. Petitioner seeks an order compelling the district court to order the Nevada Department of Corrections to classify petitioner as a minimum-security prisoner or to declare NRS 484C.400(1)(c) unenforceable and thus illegal. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. NRS 34.160; NRS 34.170. A challenge to the validity of the judgment of conviction or sentence must be raised in a post-conviction petition for a writ of habeas corpus filed in the

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27861

district court in the first instance.[1]  NRS 34.724(2)(b); NRS 34.738(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Anthony Benedict Olmstead
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS chapter 34.